# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

NICOLE GIESE

No. 1:26-po-

## INFORMATION

The United States Attorney charges:

## COUNT ONE
## (Simple Assault on an Aircraft)

On about October 18, 2025, in the District of Maine and elsewhere, the defendant,

**NICOLE GIESE**

while aboard an aircraft within the special aircraft jurisdiction of the United States, did knowingly and intentionally assault Victim A by approaching Victim A, cursing at and berating Victim A, getting extremely close to Victim A, and making physical contact with Victim A in an offensive manner without justification or excuse.

All in violation of Title 18, United States Code, Section 113(a)(5) and Title 49 United States Code, Section 46506(1).

Dated: January 14, 2026

ANDREW B. BENSON
UNITED STATES ATTORNEY

*/s/ Alisa Ross*
Alisa Ross
Assistant United States Attorney