**Synopsis**

| | | |
|---|---|---|
| **Name:** | | Nicole Giese |
| **Address:** (City & State Only) | | Mechanicsville, Virgina |
| **Year of Birth and Age:** | | 1961 (64 years old) |
| **Violations:** | Count 1: | Simple Assault, in violation of 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506(1) (Class B misdemeanor) |
| **Penalties:** | Count 1: | Up to 6 months incarceration, and a fine up to $5,000, or both, and up to five years of probation. *See* 18 U.S.C. §§ 113(a)(5), 1865(a), 3559(a)(7), 3561(c)(2), 3571(b)(6); 36 CFR § 1.3(a). |
| **Penalties for Violation of Probation:** | | The Court may continue the defendant on probation with or without extension or modification or revoke a sentence of probation and resentence the defendant. *See* 18 U.S.C. § 3565(a), (b). |
| **Supervised Release:** | Count 1: | Not eligible. *See* 18 U.S.C. §§ 19, 3559(a)(7), 3583(a), (b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: | Not eligible for supervised release. |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: | Not eligible for supervised release. |
| **Defendant's Attorney:** | | David Bobrow, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | | Federal Air Marshal George Pedro, Federal Air Marshal Service (TSA) |
| **Detention Status:** | | Summons requested / Notice to counsel |
| **Foreign National:** | | No |
| **Foreign Consular Notification Provided:** | | N/A |

| **County:** | Penobscot |
|---|---|
| **AUSA:** | Alisa Ross |
| **Guidelines apply?** | No |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | $10 assessment per conviction, 18 U.S.C. § 3013(a)(1)(A)(ii) |